<pre>
1   Dale M. Cendali (SBN 1969070)
    dale.cendali@kirkland.com
2   Joshua L. Simmons (*pro hac vice* forthcoming)
    joshua.simmons@kirkland.com
3   Hunter A. Vanaria (*pro hac vice* forthcoming)
    hunter.vanaria@kirkland.com
4   KIRKLAND & ELLIS LLP
    601 Lexington Avenue
5   New York, New York 10022
    Telephone:    (212) 446-4800
6   Facsimile:    (212) 446-4900

7   Diana M. Torres (SBN 162284)
    diana.torres@kirkland.com
8   Lauren J. Schweitzer (SBN 301654)
    lauren.schweitzer@kirkland.com
9   KIRKLAND & ELLIS LLP
    333 South Hope Street
10  Los Angeles, California 90071
    Telephone:    (213) 680-8400
11  Facsimile:    (213) 680-8500

12  *Attorneys for Defendant Hulu, LLC*
</pre>

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| HUMU, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>HULU, LLC,<br><br>          Defendant. | Case No. 4:19-cv-00327-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT HULU, LLC'S MOTION TO DISMISS HUMU, INC.'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>Hearing Date: May 2, 2019<br>Time:          2:00 p.m.<br>Dept.:         Courtroom 2, 4th Floor<br>Judge:         Hon. Haywood S. Gilliam |

Defendant Hulu, LLC's Motion to Dismiss Humu, Inc.'s First Amended Complaint for Declaratory Judgment came before this Court for hearing on May 2, 2019. Having considered the papers filed in support and in opposition to the motion, the other matters of which the Court may properly take judicial notice, and having considered the arguments of counsel, and good cause appearing, the Court hereby finds that it lacks the required jurisdiction to hear Plaintiff's declaratory judgment claims. Accordingly, it orders that Defendant's Motion to Dismiss is GRANTED, as follows:

(a) Plaintiff's Count I for declaratory judgment of no likelihood of confusion, trademark infringement, or unfair competition under 15 U.S.C. §§ 1114(1), 1125(A) and Cal. Bus. & Prof. Code § 14245 is dismissed in its entirety with prejudice; and

(b) Plaintiff's Count II for declaratory judgment of no dilution under 15 U.S.C. § 1125(c) and Cal. Bus. & Prof. Code § 14247 is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: _____

Hon. Haywood S. Gilliam
United States District Judge