# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

HUMU, INC.

Plaintiff(s),

v.

HULU, LLC,

Defendant(s).

Case No: 19-cv-00327-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hunter A. Vanaria, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Hulu, LLC in the above-entitled action. My local co-counsel in this case is Diana M. Torres, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022 | KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD:<br>(212) 446-4800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 680-8400 |
| MY EMAIL ADDRESS OF RECORD:<br>hunter.vanaria@kirkland.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>diana.torres@kirkland.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5530944.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 26, 2019

_____
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hunter A. Vanaria is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2019

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# ATTACHMENT

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# HUNTER ANTHONY VANARIA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 22, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 8, 2019**

3349

_____
Clerk of the Court

1  Dale M. Cendali (SBN 1969070)
   dale.cendali@kirkland.com
2  Joshua L. Simmons (*pro hac vice* forthcoming)
   joshua.simmons@kirkland.com
3  Hunter A. Vanaria (*pro hac vice* forthcoming)
   hunter.vanaria@kirkland.com
4  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
5  New York, New York 10022
   Telephone: (212) 446-4800
6  Facsimile: (212) 446-4900

7  Diana M. Torres (SBN 162284)
   diana.torres@kirkland.com
8  Lauren J. Schweitzer (SBN 301654)
   lauren.schweitzer@kirkland.com
9  KIRKLAND & ELLIS LLP
   333 South Hope Street
10 Los Angeles, California 90071
   Telephone: (213) 680-8400
11 Facsimile: (213) 680-8500

12 *Attorneys for Defendant Hulu, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HUMU, INC. <br><br> Plaintiff, <br><br> v. <br><br> HULU, LLC, <br><br> Defendant. | Case No. 4:19-cv-00327-HSG <br><br> **DECLARATION OF HUNTER A. VANARIA IN SUPPORT OF APPLICATION FOR ATTORNEY *PRO HAC VICE*** <br><br> First Amended Complaint Filed Date: March 12, 2019 |

I, Hunter A. Vanaria, being duly sworn, state as follows:

1. Pursuant to the Local Rule 11-3 for the United States District Court for the Northern District Court of California, I am applying to this Court for the purpose of appearing *pro hac vice* for Defendant Hulu, LLC ("Hulu").

2. I am an associate in the New York office of the law firm Kirkland & Ellis LLP, counsel for Hulu in the above-captioned matter. My contact information is as follows:

> Hunter A. Vanaria
> KIRKLAND & ELLIS LLP
> 601 Lexington Avenue
> New York, New York 10022
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900

3. I certify that I am eligible for admission *pro hac vice* before this Court. I am a member in good standing of the Bar of the highest courts in the State of New York. My New York Bar number is 5530944. I was admitted to the New York State Bar on May 22, 2017. I am also admitted to practice before the United States Courts of Appeals for the Second Circuit. Additionally, I am also admitted to practice before the United States District Courts for the Northern District of New York and the Southern District of New York.

4. I submit this Declaration in support of the application for my admission *pro hac vice* to the United States District Court for the Northern District of California, Oakland Division, to appear as an additional attorney of record for Hulu. I seek admission so that I may appear on behalf of Hulu for the purposes of this case only.

5. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. I have received a copy of the Local Rules for the United States District Court for the Northern District of California, and agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, along with all rules and procedures contained therein. I understand that,

unless expressly excused, I must register for electronic filing with this Court promptly upon the granting of this application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2019

KIRKLAND & ELLIS LLP

_____
Hunter A. Vanaria
Attorneys for Defendant Hulu, LLC