UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMU, INC.<br><br>       Plaintiff,<br><br>   v.<br><br>HULU, LLC,<br><br>       Defendant. | Case No. 4:19-cv-00327-HSG<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE FOR HULU, LLC's MOTION TO DISMISS**<br><br>First Amended Complaint Filed Date: March 12, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference is re-scheduled to June 20, 2019 at 2:00 p.m., the same date as the hearing on Defendant Hulu, LLC's motion to dismiss; Humu, Inc.'s response to Hulu's motion to dismiss shall be due on April 23, 2019; and Hulu's reply in support of the Motion to Dismiss shall be due on May 7, 2019.

DATED: April 8, 2019

                                                HON. HAYWOOD S. GILLIAM JR.
                                                UNITED STATES DISTRICT JUDGE