# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMU, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HULU, LLC,<br><br>　　　　Defendant. | Case No. 4:19-cv-00327-HSG<br><br>**ORDER ON SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT HULU, LLC TO ANSWER PLAINTIFF HUMU, INC.'S FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed Date: March 12, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

　　Hulu, LLC's deadline to answer Humu, Inc.'s First Amended Complaint is extended from August 14, 2019 to August 23, 2019.


DATED: August 13, 2019

_____
HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

1

ORDER ON SECOND STIPULATION TO EXTEND TIME TO ANSWER HUMU, INC.'S FIRST AMENDED COMPLAINT