# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMU, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>HULU, LLC,<br><br>    Defendant. | Case No. 4:19-cv-00327-HSG<br><br>**ORDER ON THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT HULU, LLC TO ANSWER PLAINTIFF HUMU, INC.'S FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed Date: March 12, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Hulu, LLC's deadline to answer Humu, Inc.'s First Amended Complaint is extended from August 23, 2019 to September 6, 2019.

DATED: August 23, 2019

_____
HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE